**TRIAL COURT OFFICIAL'S**

**REQUEST FOR EXTENSION OF TIME TO FILE RECORD**

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

Court of Appeals No. (If known): **12 -15-00223-CV**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/20/2015 8:31:16 PM
PAM ESTES
Clerk

Trial Court Style: **LUFKIN INDUSTRIES INC VS. INTERNATIONAL BUSINESS MACHINES CORP. AND KAT & ASSOC. INC D/B/A FIDELIS ENTERPRISE SOLUTIONS**

Trial Court & County: **159TH JUDICIAL DISTRICT COURT OF ANGELINA COUNTY, TX**

Trial Court No.: **CV-02073-13-02**

Date Trial Clerk's Record Originally Due: **NOV. 9TH, 2015**

Date Court Reporter's/Recorder's Record Originally Due:

Anticipated Number of Pages of Record: **2000**

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

      to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

X     my duties listed below preclude working on this record

      Other.  (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by **NOV. 24, 2015** in which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

| | |
|---|---|
| October 1, 2015 | /S/Robin J. Crain |
| Date | Signature |
| | |
| 936-634-4312 | Robin J. Crain |
| Office Phone Number | Printed Name |
| | |
| rcrain@angelinacounty.net | Deputy District Clerk |
| E-mail Address (if available) | Official Title |

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:          Lead Counsel for **APPELLEE(S)**:


Name: **R. PAUL YETTER**                    Name: **JIM WETWISKA**

Address: **909 FANNIN STE 3600**            Address: **1111 LOUISIANA 44TH FL.**

   **HOUSTON, TX 77010**                       **HOUSTON, TX 77002**

Phone no.: **713-632-8000**                 Phone no.: **713-220-5800**

Attorney for: **INTERNATIONAL**             Attorney for: **LUFKIN INDUSTRIES INC**

**BUSINESS MACHINE CORP.**